PAUL L. HOFFMAN (No. 71244)
CATHERINE SWEETSER (No. 271142)
Schonbrun Seplow Harris & Hoffman
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SUSAN MELLEN, JULIE CARROLL, JESSICA CURCIO AND DONALD BESCH

Plaintiff(s),

v.

CITY OF LOS ANGELES; MARCELLA WINN; RICHARD HOFFMAN; DETECTIVE GUERRA AND DOES 1-10 INCLUSIVE,

Defendant(s).

CASE NUMBER

15-03006-GW-AJW

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑  **ONLY** Defendant(s) Patricia Guerra

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by  Plaintiffs Susan Mellen, Julie Carroll, Jessica Curcio and Donalad Besch .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

11-17-2015                              s/ Paul L. Hoffman
*Date*                                     *Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*