# Exhibit 71

to the Declaration of Deirdre O'Connor

KATHERINE IRENE KENNY (IVY)

W. 164TH ST. LAWNDALE, CA. 90260
~~(310) 123-~~

GIRLFRIEND CORY

PUT SHEETS OVER WINDOW

WICKED - GANG MEMBER

MURDER ON 166TH ST TWO MONTHS AGO TESTING OUT A NEW GUN.

WICKED TOLD KATHERINE I OFFED RICK
DROOPY TOLD WICKED TO SHUT UP ABOUT @ TIMES.

WICKED WAS WITH DROOPY WHEN DROOPY SHOT ₹ 357 W/ SCOPE KILLED A GUY ON 162nd ST. NIGHTOWL
~~DROOPY SHOT IN JAIL~~
COMPETETION FOR BOSS OF LAWNDALE 13. CLEO-LEAD.

HIT IN HEAD W/ HAMMER STILL ALIVE WHEN SET ON FIRE. STILL TWITCHING.

TATTOOS STELLA ON NECK WICKED NUMEROUS

TAN ON PRIMER BUICK REGAL 8-6-57, 1430 TO 1500 IN FRONT OF HOUSE WICKED SMILING SAID RICK TONGUE WAS A LITTLE CRUNCHY IF YOU STILL WANT IT YOU CAN GET IT FROM ~~SAN~~ PEDRO HE HAS A JOHN DOE ON HIS TOE

1997-98 DA FILE 002037

HE SAID HE WOULD HAVE BROUGHT ME HIS TONGUE, BUT HE ENJOYED HEARING RICK SCREAMS

160 TK
@ Ramona
METH LAB

8-7-97      NOTES      R Gonzalez

KENNY, KATHERINE      M WINN

RICK DALEY

G/F COREY —

SHEETS OVER WINDOWS — ONWOOD + WICKED — CONFIRMED     SHUT UP MAN 2-3 X
WICKED - LETTER 8-6    " I OFFED HIM "    WITH DROOPY    8-6
                   I COPPED HIM          1430 -

162ND ST   WICKED w/ DROOPY — DROOPY SHOT IN FRONT OF MERMAIDS

DOPEY IN JAIL

WICKED SAID — HIT IN HEAD W/ HAMMER — SET ON FIRE

"STELLA" ON SIDE OF NECK
TATTOOS ON FACE

ADMITTED   166TH ST KILLER — SHOOTING   WICKED, DROOPY, DOPEY

NOT TO WOMAN ABOUT TIP OF TONGUE — LIL CRUNCHY

HE'S GOT A JOHN DOE ON HIS TOE

DON'T WANT TO TAKE HIS TONGUE OUT BECAUSE WE WANT TO HAVE HIM STREAM

160 #/.    CAR OWNED BY WICKED + DROOPY

     BULL REGAL — BROWN OUT /
        ONWOOD ONWIS
        BMW
        WHT TAURUS
        CAMARO FIREBIRD