# EXHIBIT B

```
 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5    SUSAN MELLEN, et al.,         )
                                    )
 6              Plaintiffs,         )
                                    )
 7         vs.                      ) CASE NO.
                                    ) 2:15-cv-03006-GW-(AJWx)
 8    CITY OF LOS ANGELES, et al.,  )
                                    )
 9              Defendants.         )
      _____)
10
11
12
13                    VIDEO DEPOSITION OF
14              RET. DETECTIVE PATRICIA GUERRA
15                   TORRANCE, CALIFORNIA
16                      MARCH 4, 2016
17
18
19
20
21    ATKINSON-BAKER, INC.
      COURT REPORTERS
22    (800) 288-3376
      www.depo.com
23
24    REPORTED BY:  DENISE CHRISTIAN, CSR NO. 13056
25    FILE NO.:    AA025D4
```

```
 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5   SUSAN MELLEN, et al.,         )
                                   )
 6              Plaintiffs,        )
                                   )
 7         vs.                     ) CASE NO.
                                   ) 2:15-cv-03006-GW-(AJWx)
 8   CITY OF LOS ANGELES, et al.,  )
                                   )
 9              Defendants.        )
     _____)
10
11
12
13         Video deposition of RET. DETECTIVE PATRICIA
14   GUERRA, taken on behalf of Plaintiffs, at 21151 South
15   Western Avenue, Suite 243-B, Torrance, California 90501,
16   commencing at 10:22 a.m., Friday, March 4, 2016, before
17   Denise Christian, CSR No. 13056.
```

2

| | | |
|---|---|---|
| 1 | MS. PESSIS: I think it was 51 or something like | 13:52:54 |
| 2 | that. Okay. | |
| 3 | Q    (MS. O'CONNOR) What can you tell us about | |
| 4 | that gap in the tape? | |
| 5 | Why would that occur? | 13:53:03 |
| 6 | A    That's the only time it happens? | |
| 7 | Q    Um-hmm. | |
| 8 | A    I don't know. I mean, what time is it that we | |
| 9 | walk out? At 11- -- | |
| 10 | Q    When the group of you walk out? Is that what | 13:53:18 |
| 11 | you're asking? | |
| 12 | A    Yes. We all three walk out at the same time. | |
| 13 | Then I come back in and put a cup down; right? | |
| 14 | Q    So sometime in here, 11:54. Okay. So she's | |
| 15 | asking for coffee. You want to know what time you walk | 13:53:31 |
| 16 | out? | |
| 17 | A    What time -- because she is going to walk out | |
| 18 | with Winn right now. Ms. Mellen is going to walk out | |
| 19 | with Winn right now. | |
| 20 | Q    So sometime right in there. | 13:53:57 |
| 21 | A    Okay. So they walk out at 10:54. I'm out of | |
| 22 | the room. And then I think I re-enter to put down a cup | |
| 23 | of whatever it was she requested for. And then it goes | |
| 24 | up to 11:01 because nobody is back in the room yet; is | |
| 25 | that correct? | 13:54:28 |

136

```
 1         Q    That's right.                                    13:54:30

 2         A    So and then it bounced to 11- --

 3         Q    -03, almost 11:04.  It's 11:03 --

 4         A    And that's how many minutes total?

 5         Q    Almost three minutes.                             13:54:38

 6         A    And you see the door open, too, don't you,

 7    slightly in that?

 8         Q    You hear the door open.

 9         A    I think you can actually see it like.

10         Q    Let me get to the -- you can hear the door       13:54:49

11    open there but -- you hear the door but you don't see

12    it.

13         A    You don't see it.  And then --

14         Q    One second.  It's going to jump.  So it was

15    11:03:50 was actually the first time stamp, so we lost    13:55:25

16    two minutes and 47 seconds.

17         A    I don't know.  I don't know what to say about

18    that because -- then I come in; correct?

19         Q    Well, you're -- we don't know.  So here's

20    the -- we have no way of knowing what time you and Susan  13:55:53

21    come back into the room and if Winn is in the room

22    during the time that's missing.  All we know is that at

23    11:01:04, no one is in the room.  At 11:03:50, your back

24    is to the camera, and she's on the other side of you.

25    And Winn is not in the room at that time.                 13:56:20
```

137

```
1        A    Winn is -- who comes in next?                    13:56:33
2        Q    Winn.
3        A    After this?
4        Q    Okay.  So there's nothing of substance on the
5   tape that will explain that gap.                           13:57:03
6        A    I can't -- I don't understand that.
7        Q    Okay.  So then I want to go to one other piece
8   here.  So in this part at 11:30 and 30-some-odd
9   seconds -- it may even be before this -- we already have
10  the kind of more aggressive tone from Winn when she is     13:57:48
11  challenging Ms. Mellen and Ms. Mellen is saying, I
12  wasn't there, I didn't have anything to do with it.  And
13  then it only gets worse as the tape goes on.  Then she
14  is left alone in the room for some time.  I'm just going
15  to fast-forward.  You come back in the room.  And this     13:58:49
16  is where you do the F.I. card.
17       A    I believe so.
18       Q    11:44.
19       A    Yes.
20       Q    And then you -- the tape that you saw ended       13:59:10
21  here after you take the information.  But, in fact,
22  there's more to the tape.
23       MS. PESSIS:  Are you fast-forwarding it, Ms.
24  O'Connor?
25       MS. O'CONNOR:  I just want to catch this part where   13:59:31
```

138

```
 1         REPORTER'S CERTIFICATION OF CERTIFIED COPY
 2
 3
 4
 5
 6
 7         I, DENISE CHRISTIAN, CSR No. 13056, a Certified
 8    Shorthand Reporter in the State of California, certify
 9    that the foregoing transcript constitutes a true and
10    correct copy of the original deposition of RET.
11    DETECTIVE PATRICIA GUERRA, taken on March 4, 2016.
12         I declare under penalty of perjury under the laws
13    of the State of California that the foregoing is true
14    and correct.
15
16         Dated this 9th day of March, 2016.
17
18
19                        _____
                          DENISE CHRISTIAN, CSR No. 13056
20
21
22
23
24
25
```

146