JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3006-GW(AJWx) | Date | October 11, 2018 |
|---|---|---|---|
| Title | *Susan Mellen, et al. v. City of Los Angeles, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Deirdre L. O'Connor
Anna B. Hoffman
Nick J. Brustin, by telephone
Richard Sawyer, by telephone

Attorneys Present for Defendants:

Laura E. Inlow
Vicki L. Greco

**PROCEEDINGS:** STATUS CONFERENCE

Court and counsel discuss scheduling. The Court sets the following:

Pretrial Conference     February 4, 2019 at 8:30 a.m.
Jury Trial              February 19, 2019 at 9:00 a.m.

The Court hears motions in limine at the pretrial conference. Counsel may stipulate to the briefing schedule on the motions, except the reply, which will be due by January 24, 2019.

Case reopened. Made JS-5.

: 02

Initials of Preparer   JG