COLLINSON DAEHNKE INLOW & GRECO
Laura E. Inlow, State Bar No. 130584
E-mail: laura.inlow@cdiglaw.com
Vicki Greco, State Bar No. 182162
E-mail: vicki.greco@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, California 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757
Attorneys for Defendant, MARCELLA WINN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| SUSAN MELLEN, JULIE CARROLL, JESSICA CURCIO AND DONALD BESCH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; MARCELLA WINN; RICHARD HOFFMAN; AND DOES 1-10 INCLUSIVE<br><br>Defendants. | Case No. CV15-03006 GW (AJWx)<br>Hon. George H. Wu<br><br>**NOTICE OF TENTATIVE SETTLEMENT**<br><br>Action Filed: April 22, 2015<br>Trial Date: February 19, 2019 |

TO THE HONORABLE COURT:

On November 27, 2018, the parties participated in a private mediation and reached a tentative settlement in this matter. The tentative settlement requires the approval of both the Mayor and the City Council for the City of Los Angeles. In light of the upcoming holidays, it could be several weeks or months before the tentative settlement is finalized. Additionally, the parties' agreement provides for

1

payment to be made in two installments. As such, the parties request that the trial and all other related dates be vacated. The parties further request that the Court retain jurisdiction until the tentative settlement is fully approved and funded, and all payments are made. The parties suggest that they provide the Court with a written status report in sixty (60) days to apprise the Court of the status of the proposed settlement.

Respectfully submitted,

Dated: December 4, 2018         COLLINSON DAEHNKE INLOW & GRECO

BY:   /s/ Laura E. Inlow
      Laura E. Inlow, Esq.
      Attorneys for Defendant,
      MARCELLA WINN

Dated: December 4, 2018         SEAMUS LAW

BY:   /s/ Dierdre O'Connor
      Dierdre O'Connor, Esq.
      Attorneys for Plaintiffs

Dated: December 4, 2018         NEUFELD SCHECK & BRUSTIN, LLP

BY:   /s/ Nick Brustin
      Nick Brustin, Esq.
      Attorneys for Plaintiffs