DEIRDRE O'CONNOR (No. 169422)
SEAMUS LAW, A Professional Corporation
21151 Western Ave., Suite 243B
Torrance, CA 90501
Telephone: (310) 780-4522
Email: deirdre@seamuslaw.com
Attorney for Plaintiffs, SUSAN MELLEN,
JULIE CARROLL, JESSICA CURCIO, DONALD BESCH

Laura E. Inlow, State Bar No. 130584
COLLINSON, DAEHNKE, INLOW & GRECO
21515 Hawthorne Blvd., Suite 800
Torrance, California 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757
E-mail: laura.inlow@cdiglaw.com
Attorney for Defendant, MARCELLA WINN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| SUSAN MELLEN, JULIE CARROLL, JESSICA CURCIO AND DONALD BESCH,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MARCELLA WINN<br><br>　　　　　Defendant. | Case No. CV15-03006 GW (AJWx)<br><br>Hon. George H. Wu<br><br>**JOINT REPORT RE STATUS OF SETTLEMENT** |

　　　As requested by the Court, the parties jointly submit this report re the status of settlement. The parties have executed a settlement agreement which has been submitted to the City of Los Angeles. The parties are waiting for the proposed settlement to be placed on the agenda of the first of the three levels of approval

required by the City. Accordingly, the parties request that the OSC re dismissal be continued for forty-five (45) days by which time the parties anticipate the proposed settlement will have either been formally approved or rejected by the City.

Respectfully submitted,

Dated: 2/26/19  **SEAMUS LAW**
A Professional Corporation

BY: <u>*Deirdre O'Connor*</u>
Deirdre O'Connor
Attorney for Plaintiffs

Dated: 2/26/19  **COLLINSON, DAEHNKE, INLOW & GRECO**

BY: <u>*Laura E. Inlow*</u>
Laura E. Inlow, Esq.
Attorneys for Defendant, Marcella Winn