UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| SUSAN MELLEN, JULIE CARROLL, JESSICA CURCIO AND DONALD BESCH,<br><br>Plaintiffs,<br><br>v.<br><br>MARCELLA WINN<br><br>Defendant. | Case No. CV 15-03006-GW(AJWx)<br><br>Hon. George H. Wu<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

### ORDER

Good cause appearing, this entire matter is hereby dismissed with prejudice. All parties are to bear their own costs arising out of this dismissal.

Dated: April 2, 2019

By: _____
Honorable George H. Wu
U.S. District Judge